IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LePIERRE,

    Plaintiff,

v.                                              CASE NO. 1:10-cv-00043-MP-AK

RELIANCE STANDARD LIFE INSURANCE COMPANY,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Notice of Voluntary Dismissal by David LePierre, Doc. 4. Mr. LePierre recites that insurance benefits were reinstated before the Summons and Complaint were served, and that he would therefore like to dismiss this cause of action. Accordingly, the motion is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this  *19th* day of April, 2010

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge